IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIEN HOUSER, | ) | |
| | ) | Civil Action No. 10-416 |
| Petitioner, | ) | |
| | ) | District Judge Donetta W. Ambrose |
| v. | ) | |
| | ) | |
| JEFFREY BEARD, *ET AL.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

The above captioned case was initiated on March 29, 2010, by the filing of a motion to proceed *in forma pauperis* and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

Due to Plaintiff's failure to provide complete, correct service documents for the over 30 defendants he initially sued, the Complaint was not served until earlier this year. On April 3, 2012, Plaintiff filed a Motion for Injunctive Relief (ECF No. 34). On May 25, 2012, Plaintiff filed a Motion for Transfer (ECF No. 36). On June 27, 2012, the Magistrate Judge filed a Report and Recommendation (ECF No. 77) recommending that both of Plaintiff's motions for injunctive relief be denied. Plaintiff filed lengthy written objections to the Report and Recommendation on August 7, 2012.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections, the following order is entered:

AND NOW, this 14th day of August, 2012;

1

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunctive Relief (ECF No. 34) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Transfer (ECF No. 36) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 77) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

By the Court:

*Donetta F. Ambrose*
Donetta W. Ambrose
United States District Judge

Darien Houser
GL-7509
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370