IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIEN HOUSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 10-0416 |
| v. | ) | District Judge Donetta W. Ambrose |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| JEFFREY BEARD, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER DENYING PLAINTIFF'S
"MOTION FOR RELIEF FROM JUDGMENT AND REOPEN/
REINSTATE DEFENDANTS AND CLAIMS" (ECF NO. 187);
"MOTION FOR RECONSIDERATION OF JUDGMENT" (ECF NO. 189);
AND MOTION FOR "INJUNCTION RELIEF" (ECF NO. 190)**

The Court has reviewed Plaintiff's motions objecting and seeking reconsideration (ECF Nos. 187, 189) of the Memorandum and Order of July 30, 2013 (ECF No. 184) and the Order of December 5, 2012 (ECF No. 144), and his motion for injunctive relief (ECF No. 190), and finds no response is necessary as each motion is plainly without merit.

The motions to reconsider (ECF Nos. 187, 189) are DENIED as they simply rehash and attempt to relitigate matters that already have been ruled upon on more than one occasion.

The motion for injunctive relief (ECF No. 190) is DENIED for the reasons stated in this Court's previous orders denying similar requests for specific medical treatment different than that provided by the medical service providers at SCI-Greene.

Motions for Summary Judgment are due by September 20, 2013, and Responses thereto are due by October 31, 2013. Given the age and procedural history of this case, it is unlikely that these deadlines will be enlarged. If the Motions for Summary Judgment are resolved adversely to Plaintiff, or if he should go to trial on any claims and be unsuccessful, he has a right to appeal to the District Judge and, if necessary, to the Court of Appeals for the Third Circuit, where he may

challenge any or all of this Court's rulings. In the meantime, however, Plaintiff would be well advised to use his time and energy wisely in the preparation of his responses to defendants' anticipated motions for summary judgment.

AND NOW, this 22nd day of August, 2013, IT IS SO ORDERED.

/s Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all counsel of record

Darien Houser
GL-7509
175 Progress Drive
Waynesburg, PA 15370