IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIEN HOUSER,<br>    Plaintiff,<br><br>    v.<br><br>LOUIS S. FOLINO, Superintendent,<br>SCI-Greene, DR. JIN, MD, PA DIGGS,<br>and LUCAS-ANTONICH,<br>    Defendants. | Civil Action No. 10-0416<br>District Judge Donetta W. Ambrose<br>Magistrate Judge Cynthia Reed Eddy |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 24, 2014, United States Magistrate Judge Eddy issued a Report and Recommendation (ECF No. 211) in which she recommended that motions for summary judgment filed on behalf of Superintendent Louis S. Folino (ECF No. 193), and the Medical Defendants (ECF No. 198) should be denied. In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(D)(2) of the Local Rules for Magistrates Judges, the parties were given until July 11, 2014 to file objections. No objections have been filed.

After careful review of the Report and Recommendation, the motions for summary judgment, briefs and the record in this case, the Court will follow the recommendation of the Magistrate Judge and will adopt the Report and Recommendation as the opinion of the Court.

AND NOW, this 23rd day of July, 2014, IT IS HEREBY ORDERED that Superintendent Folino's Motion for Summary Judgment (ECF No. 193) and the Medical Defendants' Motion for Summary Judgment (ECF No. 198) are DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of the Magistrate Judge (ECF No. 211) is adopted as the Opinion of this Court.

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States District Judge

cc:

all counsel of record


Darien Houser, GL-7509
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370